B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Arkansas

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Lewis Lumber and Supply, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Lewis Lighting and Home** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**52-2364825** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**718 S East St.**<br>**Benton, AR**<br>ZIP Code **72015** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saline** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Lewis Lumber and Supply, LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lewis Lumber and Supply, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kevin P. Keech**
Signature of Attorney for Debtor(s)

**Kevin P. Keech 98147**
Printed Name of Attorney for Debtor(s)

**Keech Law Firm, PA**
Firm Name

**4800 West Commercial Drive**
**North Little Rock, AR 72116**

_____
Address

Email: kkeech@keechlawfirm.com
**501 221 3200  Fax: 501 221 3201**
Telephone Number

**March 23, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gary Keeter**
Signature of Authorized Individual

**Gary Keeter**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**March 23, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **Lewis Lumber and Supply, LLC**                                             Case No.

Debtor(s)                                             Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABC Block Co.<br>P.O. Box 8844<br>Pine Bluff, AR 71611 | ABC Block Co.<br>P.O. Box 8844<br>Pine Bluff, AR 71611 | Misc. business purchases, late fees and interest. | | 16,069.77 |
| Allied Building Stores, Inc.<br>P.O. Box 8030<br>Monroe, LA 71211-8030 | Allied Building Stores, Inc.<br>P.O. Box 8030<br>Monroe, LA 71211-8030 | Misc. business purchases, late fees and interest. | | 68,936.54 |
| American Lighting<br>7660 E. Jewell, Unit C<br>Denver, CO 80231 | American Lighting<br>7660 E. Jewell, Unit C<br>Denver, CO 80231 | Misc. business purchases, late fees and interest. | | 8,076.43 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Misc. business purchases, late fees and interest. | | 34,708.39 |
| Capital<br>5359 Rafe Banks Drive<br>Flowery Branch, GA 30542-2768 | Capital<br>5359 Rafe Banks Drive<br>Flowery Branch, GA 30542-2768 | Misc. business purchases, late fees and interest. | | 22,127.69 |
| Cedar Creek Wholesale, Inc.<br>P.O. Box 843704<br>Dallas, TX 75284-3704 | Cedar Creek Wholesale, Inc.<br>P.O. Box 843704<br>Dallas, TX 75284-3704 | Misc. business purchases, late fees and interest. | | 117,029.00 |
| Craftmade International<br>3401 West Trinity Blvd.<br>Grand Prairie, TX 75050 | Craftmade International<br>3401 West Trinity Blvd.<br>Grand Prairie, TX 75050 | Misc. business purchases, late fees and interest. | | 54,198.33 |
| First Security Bank<br>314 North Spring Street<br>Searcy, AR 72143 | First Security Bank<br>314 North Spring Street<br>Searcy, AR 72143 | Effective UCC-1 Financing Statement filed on 3/6/14, Arkansas Secretary of State filing no. 4000008431278 and 40000084638629. Second lien on account r | | 45,593.05<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lewis Lumber and Supply, LLC**        Case No.
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **First Security Bank**<br>314 N Spring St<br>Searcy, AR 72143 | **First Security Bank**<br>314 N Spring St<br>Searcy, AR 72143 | **Effective UCC-1 Financing Statement filed on 3/6/14, Arkansas Secretary of State filing no. 4000008431278 and 40000084638629. Second lien on account r** | | 36,045.44<br><br>(0.00 secured) |
| **First Security Bank**<br>314 N Spring St<br>Searcy, AR 72143 | **First Security Bank**<br>314 N Spring St<br>Searcy, AR 72143 | **Effective UCC-1 Financing Statement filed on 3/6/14, Arkansas Secretary of State filing no. 4000008431278 and 40000084638629. Second lien on account r** | | 201,968.14<br><br>(0.00 secured) |
| **Gary Keeter**<br>P.O. Box 879<br>Benton, AR 72015 | **Gary Keeter**<br>P.O. Box 879<br>Benton, AR 72015 | **Business Loans** | | 20,183.25 |
| **Guaranty Insurance**<br>P.O. Box 2208<br>West Memphis, AR 72303 | **Guaranty Insurance**<br>P.O. Box 2208<br>West Memphis, AR 72303 | **Misc. business purchases, late fees and interest.** | | 15,771.40 |
| **Hardware Distribution WHS, Inc**<br>P.O. Box 3945<br>Shreveport, LA 71133 | **Hardware Distribution WHS, Inc**<br>P.O. Box 3945<br>Shreveport, LA 71133 | **Misc. business purchases, late fees and interest.** | | 9,033.53 |
| **Health Advantage**<br>P.O. Box 8069<br>Little Rock, AR 72203 | **Health Advantage**<br>P.O. Box 8069<br>Little Rock, AR 72203 | **Misc. business purchases, late fees and interest.** | | 26,415.57 |
| **Marilyn Carrico**<br>11127 Eden Lane<br>Little Rock, AR 72212-3101 | **Marilyn Carrico**<br>11127 Eden Lane<br>Little Rock, AR 72212-3101 | **Business Loan** | | 301,014.80 |
| **Regions Bank**<br>146 West South<br>Benton, AR 72015 | **Regions Bank**<br>146 West South<br>Benton, AR 72015 | **Effective UCC-1 financing statements filed on 9/27/10, Arkansas SOS filing no. 40000019805441, covering inventory, accounts receivable, equipment, gen** | | 142,950.32<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Lewis Lumber and Supply, LLC**                              Case No.
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Regions Commercial**<br>**P.O. Box 2224**<br>**Birmingham, AL 35246-3042** | **Regions Commercial**<br>**P.O. Box 2224**<br>**Birmingham, AL 35246-3042** | **Misc. business purchases, late fees and interest.** | | 21,113.29 |
| **Satco Lighting**<br>**2000 Valwood Parkway**<br>**Farmers Branch, TX 75234** | **Satco Lighting**<br>**2000 Valwood Parkway**<br>**Farmers Branch, TX 75234** | **Misc. business purchases, late fees and interest.** | | 18,309.50 |
| **Texas Fluorescents**<br>**2055 Luna Road, Suite 142**<br>**Carrollton, TX 75006** | **Texas Fluorescents**<br>**2055 Luna Road, Suite 142**<br>**Carrollton, TX 75006** | **Misc. business purchases, late fees and interest.** | | 8,907.30 |
| **Wade Keeter**<br>**P.O. Box 2348**<br>**Benton, AR 72018** | **Wade Keeter**<br>**P.O. Box 2348**<br>**Benton, AR 72018** | **Business Loan** | | 93,081.78 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 23, 2015**                          Signature   **/s/ Gary Keeter**
                                                              **Gary Keeter**
                                                              **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

ABC Block Co.
P.O. Box 8844
Pine Bluff, AR 71611


Acadian Wood Product
P.O. Box 53955
Lafayette, LA 70505


Acclaim Lighting, Inc.
1741 I-20 Industrial Park Dr.
Thomson, GA 30824


Advantage Business Computer
P.O. Box 200136
Pittsburgh, PA 15250


Allied Building Stores, Inc.
P.O. Box 8030
Monroe, LA 71211-8030


Allied Glass, Inc.
115 E. Sevier St.
Benton, AR 72015


American Lighting
7660 E. Jewell, Unit C
Denver, CO 80231


AR Child Support Clearinghouse
P.O. Box 8125
Little Rock, AR 72203


ARK Lighting
1435 West 139th Street
Gardena, CA 90249


Arkansas Dept of Workforce Ser
P.O. Box 2981
Little Rock, AR 72203-2981


Arkansas Onsite Service, Inc.
18100 I-30
Benton, AR 72019

Arkansas Rebar
1401 East 6th Street
Little Rock, AR 72202


AT&T
P.O. Box 105414
Atlanta, GA 30348


AT&T Mobility
P.O. Box 650553
Dallas, TX 75265-0553


Avilla Hardware
12725 Congo Ferndale Rd.
Alexander, AR 72002


Bank of America
P.O. Box 851001
Dallas, TX 75285-1001


Better Home Products
534 Eccles Avenue
South San Francisco, CA 94080


BMA - Store #83581-00
P.O. Box 207
Greenville, SC 29602


Canarm, LTD
808 Commerce Park Drive
Ogdensburg, NY 13669


Capital
5359 Rafe Banks Drive
Flowery Branch, GA 30542-2768


Cedar Creek Wholesale, Inc.
P.O. Box 843704
Dallas, TX 75284-3704


Central Woodworking, Inc.
P.O. Box 1819
Memphis, TN 38101

Ceredian Benefit Services
P.O. Box 10989
Newark, NJ 07193

Chandra Rugs
P.O. Box 890724
Charlotte, NC 28289-0724

City Clerk of Benton
P.O. Box 607
Benton, AR 72019-0607

Comp Benefits
P.O. Box 219051
Kansas City, MO 64121-9051

Craft Master Manufacturing
P.O. Box 843518
Dallas, TX 75284-3518

Craftmade International
3401 West Trinity Blvd.
Grand Prairie, TX 75050

Cross, Gunter, Witherspoon
423 W. Capitol Ave., Ste. 3900
Little Rock, AR 72203

Darragh Company
1401 E. 6th
Little Rock, AR 72202

Datafix, Inc.
5101 West 65th Street
Little Rock, AR 72219-3056

Datamax Office Systems
P.O. Box 2235
Saint Louis, MO 63139

Department of Finance & Admin
P.O. Box 896, Room 2340
Little Rock, AR 72203

Diamond Doors  
212 Extrusion Place  
Hot Springs National Park, AR 71901  

Duck's Garage, LLC  
8014 Renee Cir  
Benton, AR 72019  

Ekena Millwork  
2300 West Main Street  
Clarksville, TX 75426  

Elk Lighting  
12 Willow Lane  
Nesquehoning, PA 18240  

Entrada Doors  
3231 Commander  
Carrollton, TX 75006  

Fanimation  
10983 Bennett Pkwy.  
Zionsville, IN 46077  

Fastening Solutions  
P.O. Box 161842  
Atlanta, GA 30321-1842  

First Security Bank  
314 North Spring Street  
Searcy, AR 72143  

First Security Bank  
314 N Spring St  
Searcy, AR 72143  

Gary Keeter  
P.O. Box 879  
Benton, AR 72015  

Gerdau Ameristeel  
P.O. Box 31328  
Tampa, FL 33634-3328

```
Glass Craft Door Company
2002 Brittmoore
Houston, TX 77043


Guaranty Insurance
P.O. Box 2208
West Memphis, AR 72303


Halbert Pipe and Steel, Co.
400 Olive Street
North Little Rock, AR 72114


Hardware Distribution WHS, Inc
P.O. Box 3945
Shreveport, LA 71133


Health Advantage
P.O. Box 8069
Little Rock, AR 72203


Hinkley Lighting
P.O. Box 72062
Cleveland, OH 44192


Hunter Lighting Group
P.O. Box 1000, Dept. #92
Memphis, TN 38148-0092


Huttig Building Products, Inc.
P.O. Box 203292
Dallas, TX 75320-3292


Independent Fire Extinguishers
515 Bird Street
Benton, AR 72015


Internal Revenue Service
700 W. Capitol Ave
Little Rock, AR 72201


Jensen, Young, & Houston
1230 Ferguson Drive
Benton, AR 72018
```

Jesco Lighting
15 Harbor Park Drive
Port Washington, NY 11050


JJ Keller
PO Box 548
Neenah, WI 54957


John Bramlett


Kansas City Life
P.O. Box 219425
Kansas City, MO 64121-9425


Keeter Land Company LLC
718 South East Street
Benton, AR 72015


Kenroy International
P.O. Box 25035
Bradenton, FL 34206


Kent Investment Corp.
P.O. Box 279
Ash Flat, AR 72513


Lance's Convenience Store
3821 Edison
Benton, AR 72015


Laser Concepts, Inc.
P.O. Box 10058
El Dorado, AR 71730-9020


Lift Truck Service Center Inc.
12829 Interstate 30
Little Rock, AR 72209


Little River Millwork
P.O. Box 488
Ashdown, AR 71822

```
Livex Lighting
46 Clyde Road
Somerset, NJ 08873


Louis and Company
P.O. Box 2253
Brea, CA 92822-2253


Marilyn Carrico
11127 Eden Lane
Little Rock, AR 72212-3101


Maxim Lighting International
253 North Vineland Avenue
La Puente, CA 91746


Monte Carlo Fan Co.
P.O. Box 26080
New York, NY 10087-6080


Network Communications, Inc.
P.O. Box 935080
Atlanta, GA 31193-5080


Norandex Siding
200 Corporate Terrace
Hot Springs National Park, AR 71913


Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020


One Credit Source
27600 SW 95th Avenue, Ste. 100
Wilsonville, OR 97070


Pension Plan Administration
200 Louisiana
Little Rock, AR 72201


Pilot Corporation
P.O. Box 11407
```

Plunkett Distributing, Inc.
1010 South Y Street
Fort Smith, AR 72901


Powell
8631 Hayden Place
Culver City, CA 90232-1048


Pro Window & Door, Inc.
6500 Forbing Rd., Ste. 100
Little Rock, AR 72209


Progress Lighting
P.O. Box 7777-W1010
Philadelphia, PA 19175-1010


Regions Bank
146 West South
Benton, AR 72015


Regions Commercial
P.O. Box 2224
Birmingham, AL 35246-3042


Revolution Lighting
12730 Rendon Rd.
Burleson, TX 76028


Ridout Lumber Company
21176 I-30
Benton, AR 72015


Root Publishing, Inc.
2207 Cottondale Lane
Little Rock, AR 72202


Saline County R.S.W.M.D.
P.O. Box 99815
Chicago, IL 60696-7615


Saline Courier
P.O. Box 207
Benton, AR 72018

```
Satco Lighting
2000 Valwood Parkway
Farmers Branch, TX 75234


Sea Gull Lighting
P.O. Box 30100
New York, NY 10087-0100


SGS Distribution
P.O. Box 111086
Tacoma, WA 98411-1086


Shawn Key
3501 North Cypress Street
North Little Rock, AR 72116


Southern Fastening Systems
P.O. Box 250
Mabelvale, AR 72103


Southern Pipe & Supply Co.
c/o Clifford P. Block
Griffin & Block, PLLC
13 Office Park Drive
Little Rock, AR 72211


Spec Building Material
2840 Roe Lane
Kansas City, KS 66103


Stuart C. Irby Co. Electrical
P.O. Box 843959
Dallas, TX 75284-3959


Sure-Loc Hardware, Inc.
2855 S. 1030 W.
Salt Lake City, UT 84119


Texas Fluorescents
2055 Luna Road, Suite 142
Carrollton, TX 75006


The Coppersmith
P.O. Box 2152
Foley, AL 36536
```

Thomson Reuters  
36930 Treasury Center  
Chicago, IL 60694-6800  

Tire Town Truck Center  
2506 Edison Avenue  
Benton, AR 72015  

Trans Globe Lighting  
Dept. 6125  
Los Angeles, CA 90084-6125  

Troy Lighting  
14625 East Clark Avenue  
Hacienda Heights, CA 91745  

U.P.S.  
Lockbox 577  
Carol Stream, IL 60132-0577  

Vaxcel International Co., LTD  
121 E. North Avenue  
Carol Stream, IL 60188  

Volume International  
21160 Imperial Valley Drive  
Houston, TX 77073-5523  

WAC Lighting  
P.O. Box 2224  
Birmingham, AL 35246-3042  

Wade Keeter  
P.O. Box 2348  
Benton, AR 72018  

Whit Davis Lumber Co.  
P.O. Box 369  
Jacksonville, AR 72076  

Wholesale Electric Supply  
P.O. Drawer 1258  
Texarkana, TX 75501

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **Lewis Lumber and Supply, LLC**　　　　　　　　　　　　　Case No.　_____
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Lewis Lumber and Supply, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gary Keeter**
**718 S. East Street**
**Benton, AR 72018**

**Sonya GoForth**

**Wade Keeter**
**P.O. Box 2348**
**Benton, AR 72018**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 23, 2015** | **/s/ Kevin P. Keech** |
| Date | **Kevin P. Keech 98147** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Lewis Lumber and Supply, LLC** |
| | **Keech Law Firm, PA** |
| | **4800 West Commercial Drive** |
| | **North Little Rock, AR 72116** |
| | **501 221 3200 Fax:501 221 3201** |
| | **kkeech@keechlawfirm.com** |